Case 4:20-cv-00189-RSB-CLR   Document 7   Filed 12/28/22   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CALVIN B. JAMES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOBBY CHRISTINE,<br><br>　　　　Defendant. | CIVIL ACTION NO.: 4:20-cv-189 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's November 17, 2022, Report and Recommendation, (doc. 6), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Court **DISMISSES** Plaintiff's Complaint. (Doc. 1.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 28th day of December, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA